UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMOND CHARLES BRACKETT<br><br>Plaintiff,<br><br>v.<br><br>WENDELL ANDERSON, et al.,<br><br>Defendants. | Case No. 2:21-cv-02282-KJM-JDP (PC)<br><br>ORDER:<br><br>(1) GRANTING PLAINTIFF'S REQUEST FOR INFORMATION AND FORMS;<br><br>(2) DENYING PLAINTIFF'S REQUEST TO CORRECT NAME AND TO COMPEL;<br><br>(3) DENYING REQUEST TO SERVE NOTICE ON DEFENDANTS;<br><br>(4) DIRECTING PLAINTIFF TO FILE AN AMENDED COMPLAINT WITHIN THIRTY DAYS OF THIS ORDER OR INDICATE HIS INTENT TO STAND BY THE CURRENT COMPLAINT.<br><br>ECF Nos. 18, 19, & 24<br><br>THIRTY-DAY DEADLINE |

Plaintiff filed his second amended complaint, ECF No. 17, on April 21, 2022. Before I screened the complaint, however, plaintiff filed a request for information, ECF No. 18, wherein he inquired about changing his complaint to focus on Americans with Disabilities Act claims. I construe this as a motion to amend the complaint and will grant it; I will give him leave to file a new complaint within thirty days. If he declines to do so, this action will proceed on the second amended complaint.

1

Plaintiff also filed a request to correct defendant Anderson's name and to compel. ECF No. 19. Therein he states that defendant Anderson's name should be "Wendell Anderson." *Id.* at 1. Defendant Anderson's name is already correctly reflected on the docket, however. Separately, he seeks to compel the Yuba County Sheriff's Office to preserve certain video evidence. *Id.* at 1-2. I decline to order the sheriff's office to take any action at this juncture. No defendant has been served, and the video evidence plaintiff seeks to preserve relates to excessive force claims in his second amended complaint. As noted above, plaintiff indicates that he wants to alter his complaint to focus on ADA claims. Plaintiff may renew his motion to compel when the nature of his complaint is settled.

Finally, plaintiff has filed a request to serve notice on defendants that assaults on his person are a violation of his rights. ECF No. 24. If plaintiff wishes to enjoin any activity by the defendants, he may file a properly supported motion for preliminary injunctive relief. This request is denied.

Accordingly, it is ORDERED that:

1. Plaintiff's request for information and forms, ECF No. 18, construed as a motion to amend complaint, is GRANTED. Plaintiff should file his amended complaint within thirty days of this order's entry.

2. Plaintiff's request to correct name and compel, ECF No. 19, and request to serve notice, ECF No. 24, are DENIED.

3. The Clerk of Court is directed to send plaintiff a complaint form with this order.

IT IS SO ORDERED.

Dated:   July 28, 2022            _____
                                  JEREMY D. PETERSON
                                  UNITED STATES MAGISTRATE JUDGE

2