UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMOND CHARLES BRACKETT,<br><br>        Plaintiff,<br><br>   v.<br><br>WENDELL ANDERSON, *et al.*,<br><br>        Defendants. | Case No. 2:21-cv-02282-KJM-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 35 |

Plaintiff has filed a motion for an extension of time to file a third amended complaint. ECF No. 35. Good cause appearing, it is hereby ORDERED that:

    1. Plaintiff's motion for an extension of time, ECF No. 35, is granted.

    2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

IT IS SO ORDERED.

Dated:   October 5, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE