UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMOND CHARLES BRACKETT,<br><br>Plaintiff,<br><br>v.<br><br>WENDELL ANDERSON, *et al.*,<br><br>Defendants. | Case No.  2:21-cv-02282-KJM-JDP (PC)<br><br>ORDER |

Plaintiff filed a motion for extension of time to submit the copies of the October 20, 2022, amended complaint required to effect service on defendant Anderson. ECF No. 50. Plaintiff filed a separate motion asking for copies of three USM-285 forms; one for this case and two for other cases plaintiff has in this district. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 50, is granted.

2. Plaintiff is granted thirty days from the date of this order in which to submit the two copies of the amended complaint to effect service.

3. Plaintiff's request for three USM-285 forms, ECF No. 52, is granted.

4. The Clerk of Court is directed to send plaintiff three blank USM-285 forms.

1

1
2  IT IS SO ORDERED.
3
4  Dated:  June 26, 2023            _____
                                    JEREMY D. PETERSON
5                                   UNITED STATES MAGISTRATE JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28