# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

*See "Instructions for Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF | | COURT CASE NUMBER |
|---|---|---|
| Demond Charles Brackett | **FILED** | 2:21-cv-2282 JDP (PC) |
| DEFENDANT | Nov 17, 2023 | TYPE OF PROCESS |
| Wendell Anderson | CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | Summons And complaint |

**SERVE** ➤ {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Wendell Anderson (yuba county sheriffs office)

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

**AT** 720 yuba St. Marysville, ca. 95901

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | | |
|---|---|---|
| Demond C Brackett Butte County Jail 7 Gillich way Oroville, ca. 95965 | Number of process to be served with this Form - 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*
Fold                                                                                                      Fold

USMS SACRAMENTO FCVD
AUG 22 2023 AM11:11

| Signature of Attorney or other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 8-9-2023 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process 1 | District of Origin No. 97 | District to Serve No. 97 | Signature of Authorized USMS Deputy or Clerk | Date 8/22/23 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* Sgt. Marcel van de Bruinhorst | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| Address *(complete only if different than shown above)* 501 "J" St. Suite 5600 Sacramento CA 95814 | Date of Service 10/26/23 | Time 245 pm |
| | Signature of U.S. Marshal or Deputy 4071 | |

| Service Fee 65.00 | Total Mileage Charges *(including endeavors)* — | Forwarding Fee $0.00 | Total Charges 65.00 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
09/21/2023 Mailed waiver   PB
10/26/2023 Personal service executed

# of _____ 1
# of _____ USMS: _____ 1
_____ for all vehicles: 0

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08) |
|---|---|---|