UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Demond Charles Brackett, | No. 2:21-cv-02282-KJM-JDP |
| Plaintiff, | ORDER |
| v. | |
| Wendell Anderson, et al., | |
| Defendants. | |

The parties previously stipulated to the dismissal of this action with prejudice after they reached a settlement agreement. *See* Not. Settlement, ECF No. 88; Stip., ECF No. 89. The court dismissed the action and closed the case without retaining jurisdiction. Min. Order, ECF No. 90. Plaintiff now alleges defendants have violated the settlement agreement. ECF No. 91. The court construes that notice as a motion to enforce the settlement agreement. Absent an independent basis of federal subject matter jurisdiction, the enforcement of the settlement agreement is for the state courts. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994). The notice at ECF No. 91, construed as a motion to enforce, is therefore **denied** for lack of jurisdiction.

IT IS SO ORDERED.

DATED: March 4, 2025.

UNITED STATES DISTRICT JUDGE

1